UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | No. 3:13-00063 |
| | ) | Chief Judge Haynes |
| FRANCISCO DE LA ROSA | | |

## MOTION TO SET CHANGE OF PLEA HEARING

*[Handwritten order:]* ORDER. This motion is GRANTED. The hearing is set for February 21, 2014 at 1:30 pm. [signature] WSH 1-30-14

Francisco De La Rosa, by and through undersigned counsel, hereby moves this Honorable Court to set a hearing on his change of plea, the terms of which will be submitted in a plea agreement with the government. Mr. De La Rosa, who will be making travel arrangements from his home in California, requests that the hearing be set on February 21, 2014, a date on which both parties are available.

Respectfully submitted,

s/Kathleen G. Morris
Kathleen G. Morris
42 Rutledge Street, 1st Floor
Nashville, TN 37210
615-242-3200
Attorney for Francisco De La Rosa

### Certificate of Service

I hereby certify that a true and complete copy of the foregoing was filed through the Court's electronic filing system, and notice thereof emailed to Kathryn Ward Booth, AUSA, 110 Ninth Avenue South, Suite A-961, Nashville, TN 37203, this 29th day of January, 2014.

s/Kathleen G. Morris
Kathleen G. Morris