## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

UNITED STATES OF AMERICA    )
                                         )     No. 3:13-cr-00063-2

v.                                      )     Chief Judge Haynes
                                         )

FRANCISCO DELAROSA           )

## O R D E R

The plea hearing in this action currently set for Friday, February 21, 2014 at 1:30 p.m. is reset

for **Thursday, February 20, 2014 at 4:00 p.m.**

It is so **ORDERED**.

**ENTERED** this the ⅃ ᵗʰ day of February, 2014.

_____
WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court