IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:13-cr-00063-2 |
| v. | ) | Chief Judge Haynes |
| | ) | |
| FRANCISCO DELAROSA | ) | |

## ORDER

The plea hearing in this action currently set for Friday, February 21, 2014 at 1:30 p.m. is reset for **Thursday, February 20, 2014 at 4:00 p.m.**

It is so **ORDERED**.

**ENTERED** this the ___ day of February, 2014.

_____
WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court