| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | No. 3:13-00063 |
| | ) | Chief Judge Haynes |
| FRANCISCO DE LA ROSA | | |

*handwritten annotation:* DENIED. This motion is GRANTED. The hearing is reset for February 21, 2014 at 10:00 a.m. [signed] Will [illegible] 2-7-14

## MOTION TO RESCHEDULE TIME FOR CHANGE OF PLEA HEARING

Francisco De La Rosa, by and through undersigned counsel, hereby moves this Honorable

Court to reschedule the time for the hearing for his change of plea. In support of this motion,

undersigned counsel would show the Court the following:

1. The change of plea hearing was originally scheduled for 1:30 p.m. on February 21, 2014.

(Document No. 85). Upon receiving notice of the date and time for the hearing, Mr. De La Rosa

purchased an airline ticket to travel from his home in California on the afternoon of February 20,

2014, with a return flight scheduled for 6:30 p.m. on February 21, 2014. He needs to arrive at the

airport no later than 5:30 p.m. to proceed through airport security to board his departing flight.

2. On February 5, 2014, the Court entered an Order changing the time for the plea hearing

to 4:00 p.m. (Document No. 87).

3. In order to accommodate any unforeseen delays in the hearing and in light of the

difficulties of a timely arrival at the Nashville airport during rush-hour traffic, Mr. De La Rosa

requests that his plea hearing be rescheduled to an earlier hour on February 21, 2014, preferably no

later than 3:00 p.m. Mr. De La Rosa and undersigned counsel are available at any time, morning or

early afternoon, for the hearing.