UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | No. 3:13-00063 |
| | ) | Chief Judge Haynes |
| FRANCISCO DE LA ROSA | ) | |

*[Handwritten note: ORDER. The motion is GRANTED. s/ [signature] 5-12-14]*

## MOTION FOR PERMISSION TO TRAVEL

Francisco De La Rosa, by and through undersigned counsel, hereby moves this Honorable Court for permission to travel outside of the Central District of California for two days. In support of this motion, undersigned counsel would show the Court the following:

1. Mr. De La Rosa is on pretrial release, awaiting sentencing following entry of his guilty plea, and resides in California. The Order which sets the conditions of his release restricts his travel to "CD/CA," that is, the Central District of California, and to the Middle District of Tennessee. (Document 21).

2. Mr. De La Rosa desires to travel to San Diego, located in the Southern District of California, for a brief family trip May 31, 2014, returning to his home on June 1, 2014.

3. Mr. De La Rosa traveled to San Diego previously during the pendency of this matter after first obtaining the Court's permission and returned to the Central District of California in accordance with the Court's order. He remains in compliance with his conditions of release.

Respectfully submitted,

s/Kathleen G. Morris
Kathleen G. Morris
42 Rutledge Street, 1st Floor
Nashville, TN 37210
615-242-3200
Attorney for Francisco De La Rosa